**Order entered February 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01369-CV

### IN THE INTEREST OF M.K.M., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-12692**

## ORDER

By motion filed January 29, 2019, appellant requests the reporter's and clerk's records be filed without cost and a copy provided to him. We **ORDER** as follows.

We **GRANT** the motion with respect to the reporter's record and **ORDER** court reporter Elizabeth Neve Griffin to file the record no later than March 11, 2019. As appellant filed a declaration of inability to pay costs in the trial court and nothing in the record reflects he has been ordered to pay costs, the record shall be prepared without payment of fees. *See* TEX. R. CIV. P. 145. To the extent appellant seeks the clerk's record be filed, we **DENY** the motion as moot as the record has been filed.

We **DIRECT** the Clerk of the Court to send a paper copy of the clerk's and reporter's records to appellant once the reporter's record is filed. We further **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Griffin and the parties.

/s/     KEN MOLBERG
            JUSTICE